# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No: 4:22-CR-70 |
| | ) |
| OPERADELLA BROWN, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER FOR MISDEMEANOR BENCH TRIAL

In accordance with the Court's instructions at the status conference held on August 2, 2022, the Court issues the following scheduling order.

### Motions

Pretrial motions, including motions in limine, are to be filed no later than **Tuesday, September 6, 2022**.  The ends of justice served in granting this additional time in which to submit any pretrial motions outweighs the interest of the public and the defendant in a speedy trial. Any responses to pretrial motions shall be filed no later than **Tuesday, September 20, 2022**.  Failure to grant these extended deadlines for motions and responses would have denied counsel for both parties the reasonable time necessary for effective preparation.

## Trial Assignment

The case shall be called for trial before the undersigned on **Thursday, October 6, 2022** at 9:00 a.m. in the Magistrate Judge Courtroom (Courtroom 2) on the Second Floor of the United States Courthouse at 8 Southern Oaks Court, Savannah, Georgia 31405.

## Motions to Continue or Extend

The Court will only continue or extend the deadlines in this Order upon a showing of good cause. If any party seeks to continue or extend any of the deadlines in this Order including the date of the trial, the party must make that request via a motion filed on the Court's docket. Absent a showing of good cause, such motion will not be granted. A motion to continue or extend the trial should be made at least two weeks before the trial date. Prior to filing any request to continue or extend, the requesting party shall consult with opposing counsel to determine if the opposing party agrees with or opposes the request. Within any motion to continue or extend, the moving party shall state whether the Defendant agrees with or opposes the request and whether opposing counsel agrees with or opposes the request. Additionally, within any motion to continue or extend, the moving party should state whether the period of delay

should be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**Witness List and Exhibit List**

Each party shall e-mail the Courtroom Deputy Clerk (jaime_hanna@gas.uscourts.gov) a copy of that party's exhibit list and witness list as attachments in PDF format no later than 3 business days before trial. Parties shall not file the list on the record of the case in CM/ECF.

**Trial Exhibits**

No later than 3 business days before trial, each party shall also deliver to the Courtroom Deputy Clerk, via email (or via USB flash drive if the files are too large to transmit via email) all trial exhibits in electronic format.[1] Parties shall not file trial exhibits on the record of the case in CM/ECF. Some exhibits may not exist in electronic format or may not easily convert to an electronic format. In those instances, the parties shall notate their respective exhibit lists as to any exhibits not submitted in electronic format. When submitting non-documentary

---

[1] Each exhibit should be pre-marked and numbered with an appropriate exhibit tag. All exhibits, with exception of video files, should be submitted in PDF format if possible.

3

physical exhibits, the parties shall include photographs or other reproductions of such exhibits in electronic form. Additionally, all parties shall provide one paper courtesy copy of all trial exhibits in trial exhibit notebook for use by the court during trial. The trial exhibit notebook should contain said exhibits placed into a labeled three-ring binder with corresponding exhibit numbered side index tabs for each exhibit.

**Pre-Trial Conference and Exchange of Witness Lists and Exhibits**

To the extent the parties can agree upon a schedule for the voluntary exchange of their witness lists and exhibits in advance of trial, they are encouraged to do so. At a minimum, the parties are expected to fulfill their disclosure obligations under the Federal Rules of Criminal Procedure, this Court's local rules and applicable precedent.

It is not the usual practice of the court to set a pre-trial conference in advance of a misdemeanor trial. Nevertheless, to the extent any party may wish to request a pre-trial conference, that party may do so by filing a motion no later than two weeks before the trial date. Prior to filing any motion for a pre-trial conference, the requesting party shall consult with opposing counsel to determine if the opposing party agrees with or opposes the request. Within any such motion, the moving party shall

state whether the opposing party agrees with or opposes the request.

**SO ORDERED**, this 2nd day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA